# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-05431-GW(KSx) | Date | January 29, 2018 |
|---|---|---|---|
| Title | *Raul Uriarte-Limon v. In-N-Out Burgers, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Isabel Masanque | None Present |

**PROCEEDINGS:**  POST-MEDIATION STATUS CONFERENCE

Counsel for Defendants is not present.

Defense counsel advises the Court mediation is scheduled or February 2018. The Court continues the status conference to March 1, 2018 at 8:30 a.m. Counsel are advised the hearing will be vacated and no appearance will be required provided a stipulation and order to dismiss, is filed by noon on February 27, 2018.

: 01

Initials of Preparer   JG